1 | TODD W. BURNS
California State Bar No. 194937
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone No. (619) 234-8467
4 | Email: Todd_Burns@fd.org

5 | Attorneys for Defendant

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,        )   CASE NO. 08MJ1348
                                      )
12 |        Plaintiff,                )
                                      )
13 | v.                               )
                                      )   NOTICE OF APPEARANCE
14 | DANIEL CRUZ-ESCOBAR,             )
                                      )
15 |        Defendant.                )
                                      )

17 | Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Todd
18 | W. Burns, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the
19 | above-captioned case.

20 |                                       Respectfully submitted,

22 | Dated: May 5, 2008                    /s/ *TODD W. BURNS*
                                           Federal Defenders of San Diego, Inc.
23 |                                       Attorneys for Defendant
                                           Todd_Burns@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 5, 2008                         /s/ TODD W. BURNS
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA  92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           Todd_Burns@fd.org (email)