FILED
08 MAY 15 PM 12:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1604 JLS |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 18, U.S.C., Secs. 922(g)(5)(B) and 924(a)(2) - Alien in Possession of Ammunition |
| DANIEL CRUZ-ESCOBAR, | |
| Defendant. | |

The grand jury charges:

On or about April 29, 2008, within the Southern District of California, defendant DANIEL CRUZ-ESCOBAR, an non-immigrant alien in the United States, did knowingly and unlawfully possess, in and affecting commerce, ammunition, that is, two boxes of Winchester 12 gauge shotgun ammunition; all in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

DATED: May 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
RANDY K. JONES
Assistant U.S. Attorney

RKJ:fer:San Diego
5/15/08