1    KAREN P. HEWITT
     United States Attorney
2    RANDY K. JONES
     Assistant U.S. Attorney
3    California State Bar No. 141711
     Federal Office Building
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-5684
     randy.jones2@usdoj.gov

6

     Attorneys for Plaintiff
7    United States of America

8                UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,    )    Criminal Case No. 08CR1604
                            )
11                Plaintiff,    )
                            )    NOTICE OF APPEARANCE
12       v.                  )
                            )
13    CRUZ-ESCOBAR,             )
                            )
14               Defendant.    )
                            )
15

16    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19    83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22    counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23    activity in this case:

24       <u>Name</u> (If none, enter "None" below)

25         None

26    //

27    //

28    //

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    <u>Name</u>    (If none, enter "None" below)

6        None

7    Please call me if you have any questions about this notice.

8    DATED: June 2, 2008

9                                    Respectfully submitted,

10                                    KAREN P. HEWITT
                                     United States Attorney

11                                    s/Randy K. Jones

12                                    _____
                                     RANDY K. JONES

13                                    Assistant United States Attorney
                                     Attorneys for Plaintiff

14                                    United States of America
                                     Email: randy.jones2@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Notice of Appearance
      United States v. Murguia                  2                          08CR1604

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1604 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| CRUZ-ESCOBAR, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **1. Todd Burns, Todd_burns@fd.org**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008        s/ Randy K. Jones
                                          RANDY K. JONES