TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Mr. Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br> DANIEL CRUZ-ESCOBAR,<br><br>  Defendant. | Criminal No. 08CR1604-JLS<br><br>Date:  June 20, 2008<br>Time:  1:30 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS<br>TO DISCHARGE, SUPPRESS, AND DISMISS |

PLEASE TAKE NOTICE that on Friday, June 20, 2008, Defendant Daniel Cruz-Escobar, by and through counsel, Todd W. Burns and Federal Defenders of San Diego, Inc., will ask this Court to enter an order to:  (1) discharge Mr. Cruz, due to the government's failure to proceed with the preliminary hearing as required by Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. §3060; (2) suppress the fruits of the unlawful search and seizure of Mr. Cruz; (3) dismiss because the indictment does not allege all elements of the charged offense; (4) suppress Mr. Cruz's statements due to an invalid <u>Miranda</u> waiver; (5) dismiss because the offense charged is an unconstitutional infringement on Mr. Cruz's Second Amendment right to bear arms; and (6) compel discovery.  These motions are based on the facts in this case, and all relevant law.

Respectfully submitted,

Dated: June 6, 2008        */s/ TODD W. BURNS*
                                            TODD W. BURNS
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Cruz
                                            Todd_Burns@fd.org