# EXHIBIT A

TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone No. (619) 234-8467

Attorneys for Mr. Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | **DECLARATION OF** |
| v. | ) ) | **TODD W. BURNS** |
| DANIEL CRUZ-ESCOBAR, | ) ) | |
| Defendant. | ) ) ) | |

I, Todd W. Burns, declare, under penalty of perjury:

1. I am counsel for Defendant Daniel Cruz-Escobar, with respect to the above-captioned case.

2. I wrote the memorandum of points and authorities in support of Mr. Cruz's pre-trial motions, which is to be filed June 6, 2008.

3. In that memorandum, the background facts regarding the Rule 5.1 and discovery motions are based on my personal knowledge, and I believe those facts to be accurate.

I declare under penalty of perjury that the foregoing is true and correct. This document was executed on June 6, 2008, in San Diego, California.

TODD W. BURNS

2

# EXHIBIT B

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

V.

**DANIEL CRUZ-ESCOBAR**          CASE NUMBER: _____

I, Daniel Cruz-Escobar, the above named defendant, who is accused of committing the following offense"

Title 18, U.S.C., Sec. 922(g)(5) - Alien Unlawfully in Possession of Ammunition,

being advised of the nature of the charge, the proposed information, and of my rights,

hereby waive in open court on May 15, 2008, prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
                                                          Defendant

_____
                                              Counsel for Defendant

Before _____
        JUDICIAL OFFICER

**4**

# EXHIBIT C



**UNITED STATES ATTORNEY'S OFFICE**

**SOUTHERN DISTRICT OF CALIFORNIA**

*San Diego County Office*
*880 Front Street, Rm 6293*
*San Diego, CA 92101-8893*

*Imperial County Office*
*321 So. Waterman Avenue*
*Rm 204*
*El Centro, CA 92243-2215*

# FACSIMILE COVER SHEET

| TRANSMITTED BY: | STEPHANIE DELGADILLO | TIME: | |
|---|---|---|---|
| | | DATE | May 14, 2008 |

| TO: | TODD BURNS | | |
|---|---|---|---|
| ORGANIZATION: | FEDERAL DEFENDERS OF SAN DIEGO, INC. | | |
| PHONE NUMBER: | (619) | FAX NUMBER: | (619) 687-2666 |

**NUMBER OF PAGES (including this cover sheet): 3**

COMMENTS:

| FROM: | RANDY K. JONES, AUSA |
|---|---|
| SECTION: | UNITED STATES ATTORNEY'S OFFICE, GENERAL CRIMES |

PHONE NUMBER: (619) 557-5684          FAX NUMBER: (619) 235-2757

NOTE:   If you do not receive the total number of pages indicated above, please call the individual listed above.

IMPORTANT:   If this fax was erroneously sent to your fax number, please contact sending individual immediately.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) I N F O R M A T I O N |
| v. | ) Title 18, U.S.C., |
| DANIEL CRUZ-ESCOBAR, | ) Secs. 922(g)(5)(B) and 924(a)(2) - Alien in |
| Defendant. | ) Possession of Ammunition |

The United States Attorney charges:

On or about April 29, 2008, within the Southern District of California, defendant DANIEL CRUZ-ESCOBAR, an non-immigrant alien in the United States, did knowingly and unlawfully possess, in and affecting commerce, ammunition, that is, two boxes of Winchester 12 gauge shotgun ammunition; all in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

DATED: _____

KAREN P. HEWITT
United States Attorney

RANDY K. JONES
Assistant U.S. Attorney

7

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

              WAIVER OF INDICTMENT

   v.

DANIEL CRUZ-ESCOBAR,

               CASE NUMBER:


I, DANIEL CRUZ-ESCOBAR, the above-named defendant, who is accused of Title 18, United States Code,  Section 922(g)(5)(B) and 924(a)(2) - Alien in Possession of Ammunition. being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.


               _____

               Defendant


               _____

               Counsel for Defendant


Before _____

    HONORABLE NITA L. STORME

# EXHIBIT D

1                   UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF CALIFORNIA

3

4   UNITED STATES OF AMERICA,        ) Case No. 08MJ1348-NLS
                                     )
5             Plaintiff,             ) San Diego, California
                                     )
6   vs.                              ) Thursday,
                                     ) May 15, 2008
7   DANIEL CRUZ-ESCOBAR,             ) 9:30 a.m.
                                     )
8             Defendant.             )
    _____    )

9

10              TRANSCRIPT OF PRELIMINARY HEARING
            BEFORE THE HONORABLE NITA L. STORMES
11              UNITED STATES MAGISTRATE JUDGE

12  APPEARANCES:

13  For the Plaintiff:              CHARLOTTE KAISER, ESQ.
                                    Assistant United States
14                                     Attorney
                                    880 Front Street
15                                  San Diego, California 92101

16

    For the Defendant:              FEDERAL DEFENDERS OF SAN
17                                  DIEGO, BY: TODD W. BURNS, ESQ.
                                    225 Broadway, Suite 900
18                                  San Diego, California 92101

19

    Transcript Ordered by:         TODD W. BURNS, ESQ.
20

    Transcriber:                   Leslie Kychik
21                                 Echo Reporting, Inc.
                                   6336 Greenwich Drive, Suite B
22                                 San Diego, California 92122
                                   (858) 453-7590

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.

1

1    <u>SAN DIEGO, CALIFORNIA THURSDAY, MAY 15, 2008 9:30 A.M.</u>

2                              --oOo--

3        (Call to order of the Court.)

4            THE COURT:  Ms. Kaiser, are you familiar with

5    number five on the calendar, Daniel Cruz-Escobar?

6            MS. KAISER:  Your Honor, I partially spoke with

7    the AUSA on the matter.  My understanding is that he would

8    be requesting a continuance as there seems to be some

9    confusion as to whether this was supposed to be a time

10   waiver or waiver of indictment.

11           THE COURT:  Are you prepared to stand in for him

12   on that matter?

13           MS. KAISER:  If your Honor wishes me to do so.

14           THE COURT:  It's not whether I wish.  It's whether

15   you're prepared to do it.

16           MS. KAISER:  Yes, your Honor.

17           THE COURT:  All right.  Call number five please.

18           THE CLERK:  Calling matter number five off

19   calendar, case number 08MJ1348-NLS United States verus

20   Daniel Cruz-Escobar also on calendar for a preliminary

21   hearing.

22           MR. BURNS:  Good morning, your Honor.  Todd Burns

23   Public Defender on behalf of Mr. Cruz.

24           THE COURT:  Good morning.  All right.  This matter

25   was on for a preliminary hearing today albeit I was advised

2

1   prior to court that this individual was going to --

2          UNIDENTIFIED SPEAKER:  I'm sorry which --

3          THE COURT:  Number five, Mr. Cruz-Escobar.  The

4   Court was advised that this individual was going to waive

5   indictment this morning and plead to an information.  Is

6   that correct, counsel?

7          MS. KAISER:  No, your Honor.  My understanding is

8   the government's position is that it was supposed to be a

9   time waiver.  That is what was represented to the

10  government.  That is the government's understanding.

11         MR. BURNS:  Your Honor, I don't know how there

12  could have been miscommunication on this matter.  I made it

13  quite clear to Mr. Jones that I wanted this case to proceed

14  quickly because there were some circumstances by which I

15  wanted to get in front of a district judge and if we were

16  going to enter into an agreement, ask for immediate

17  sentencing which the government did agree that whatever

18  offer was made by the government that they would not oppose

19  and would agree to request for immediate sentencing.

20         I made it clear that I also wanted to not waive

21  time today and extend things a couple of weeks given the

22  same circumstances.  I made it clear that he would waive

23  indictment today to keep open the options of potentially

24  working out a deal to save the government time from getting

25  the indictment.  I actually asked Mr. Jones even though

3

1  there wasn't a plea agreement to send me the waiver of

2  indictment and the information, which he did.  I had my

3  client sign the waiver of indictment, was prepared to waive

4  indictment today.

5          I don't know how Mr. Jones is confused but now

6  he's come in here and I said look, "I've got a waiver of

7  indictment.  Waive indictment, get information, keep the

8  options open, decide where we're going from here."  He said

9  he doesn't want to do that.  He wants to go get an

10 indictment.  That's Mr. Jones' choice.  In having made this

11 choice and this being the 10th day from the initial

12 appearance and apparently not being ready for preliminary

13 hearing I move to dismiss.

14         THE COURT:  Well, the Court is not going to

15 dismiss this case in the absence of Mr. Jones.  It appears

16 to be that there was, in fact, a miscommunication of

17 counsel.  Today is Thursday the 15th.  I'm going to continue

18 this matter to my calendar for preliminary hearing on next

19 Tuesday, which will be the 20th, and I find that

20 extraordinary circumstances exist and justice requires the

21 delay based on a miscommunication of counsel as to whether

22 this individual was going to waive indictment and plead to

23 an information or waive time.  That will be the basis of my

24 ruling and this matter will be set on my calendar next

25 Tuesday morning at 9:30.

4

1          MR. BURNS:   I note Mr. Cruz's objection, your

2    Honor.

3          THE COURT:   So noted.

4       (Proceedings concluded.)

5

6          I certify that the foregoing is a correct

7    transcript from the electronic sound recording of the

8    proceedings in the above-entitled matter.

9    _____          _5-27-08_____
     (Transcriber)                    Date
10

11   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

12   _____
     L.L. Francisco, President
13   Echo Reporting, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT E

REQUESTED BY: GONZALEZ, JOSE F

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER ~~███████████~~ |

TITLE: DANIEL CRUZ ESCOBAR

CASE STATUS:    INTERIM RPT

| REPORT DATE 050208 | DATE ASSIGNED 043008 | PROGRAM CODE YE0 | REPORT NO. 001 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
OTHER INFORMATION

TOPIC: CRIMINAL ARREST OF DANIEL CRUZ-ESCOBAR

SYNOPSIS:

On April 29, 2008, Daniel CRUZ-Escobar was arrested at the San Ysidro Port of Entry for possession of ammunition.  Ten rounds of Winchester shotgun shells were seized as evidence.  CRUZ is an active member of the Mexican military. CRUZ was charged 18 USC 922(g)(5), Alien Unlawfully in Possession of Ammunition.  Post-Miranda statements indicate that CRUZ has been engaged in a pattern of smuggling ammunition from the United States to Mexico and reselling it a personal profit.

On April 29, 2008, Daniel CRUZ-Escobar was placed under arrest for violation of Title 18 United States Code  922(g)(5) Alien Unlawfully in Possession of Ammunition.  This ROI summarizes the event.

| DISTRIBUTION: ASCSY SACSD HQTK | SIGNATURE: GONZALEZ        JOSE        F  SPECIAL AGENT |
|---|---|
| | APPROVED: RODGERS       ROBERT      C  SPECIAL AGENT |
| | ORIGIN OFFICE: SY SAN YSIDRO, CA - ASA | TELEPHONE: 619 671 6618 |
| | | TYPIST: GONZALEZ |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

16

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE    2 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | CASE NUMBER ~~████████████~~ |
| | REPORT NUMBER: 001 |

CASE PROGRAM CODES:

YE0 ILLEGAL EXPORTS        6IN BEST - San Diego

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    3 |
|---|---|
| | CASE NUMBER |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 001 |

DETAIL OF INVESTIGAION:

On April 29, 2008, Border Patrol Agents from the San Diego Sector Smuggling Interdiction Group were participating in a joint outbound operation with Customs and Border Protection (CBP) Officers assigned to the San Ysidro, California Port of Entry. The purpose of the operation was to intercept firearms, ammunition, money and other contraband being transported out of the United States into the Mexico.  Border Patrol agents established an inspection location approximately 50 feet from the entrance into Mexico.  Additionally, the location of the inspection point was such that it allowed for only persons intending to exit the United States into Mexico to be encountered.

At approximately 1:10 PM, Border Patrol Agent B. Desrosiers identified an individual, later identified as Daniel CRUZ-Escobar (hereafter referred to as CRUZ),  preparing to exit from the United States into Mexico via the pedestrian exit lane located on the western side of the San Ysidro Port of Entry.  Agent Desrosiers stated that he observed CRUZ behaving in a suspicious manner.  Agent Desrosiers explained that CRUZ was hesitant in approaching the outbound inspection point and on at least two occasions walked towards the inspection area and subsequently declined to exit the United States into Mexico.  Agent Desrosiers also stated that he observed the CRUZ stop and look back at the inspection area on several occasions.  Agent Desrosiers said that he observed CRUZ speak with unidentified individuals that were loitering in the area.  Following CRUZ's conversations with said unidentified individuals CRUZ sat down approximately 40 yards from the inspection area.

At this time, Agent Desrosiers relayed his observations to Supervisory Border Patrol Agent D. Dailey and Border Patrol Agent Blas.  Agents Dailey and Blas decided to approach CRUZ, suspecting that CRUZ was involved in smuggling. Agent Dailey identified himself to the CRUZ as a Border Patrol Agent and conducted an immigration inspection.  CRUZ that stated he was a citizen of Mexico and presented a valid DSP-150 Laser Visa (Border Crosser card), indicating that he was admitted to the United States as a Non-Immigrant alien. CRUZ was then questioned as to his intended destination.  CRUZ stated he was going to Mexico.  Agent Dailey then asked CRUZ what was in his bags, to which CRUZ provided no verbal response, only a shoulder shrug.  Agent Dailey noticed CRUZ becoming visibly nervous and agitated.  Agent Dailey subsequently conducted a pat-down for officer safety reasons.  During the pat-down agents discovered two boxes of Winchester 12 gauge shotgun ammunition.  The ammunition was discovered concealed in the CRUZ's socks.  (Agent note: the ammunition located on CRUZ was manufactured by Winchester in East Alton, Illinois; indicating the ammunition traveled in or affected interstate commerce).  Due to the fact that CRUZ already stated his intention to enter

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

318

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    4 |
|---|---|
| | CASE NUMBER ███████████ |
| | REPORT NUMBER: 001 |

Mexico, he was placed under arrest for possession of ammunition.

Immigration and Customs Enforcement (ICE) Special Agents J. Gonzalez and J. Pryor, who were also participating in the operation, were informed of the incident. Agents Gonzalez and Pryor reported to the scene to conduct the follow-up investigation. ICE Special Agent Gonzalez immediately advised CRUZ in the Spanish language of his Miranda Rights. CRUZ stated he understood his rights and was willing to answer questions without the presence of an attorney. CRUZ stated that he was in fact attempting to enter Mexico and stated that ammunition found on his possession was his. CRUZ further stated that he was a member of the Mexican military. At this time, Agents Gonzalez and Pryor escorted CRUZ to the San Ysidro Port Entry premises and placed him in an interview room for a more throughout interview.

STATEMENT OF PRINCIPAL:

On April 29, 2008, at approximately 3:10 PM, a video-recorded statement was taken with Daniel CRUZ-Escobar pursuant to his arrest for violation of Title 18 USC 922(g)(5). The interview was conducted by Special Agent J. Gonzalez and witnessed by Special Agent J. Pryor at the San Ysidro Port of Entry. Special Agent Gonzalez reminded CRUZ he was still under oath and repeated his Miranda rights in the Spanish language. CRUZ once again stated he understood his rights and was willing to answer questions without a lawyer present. Agent Pryor witnessed the issuance of these rights. CRUZ stated he was a citizen and national of Mexico by birth in Santa Cruz, Hidalgo, Mexico. CRUZ stated he currently resides at Palomas 108 3, Colonia Libertad, Tijuana, Baja California, Mexico. CRUZ stated he is currently married and has two children. CRUZ stated he has been enlisted in the Mexican military for the last 28 years. CRUZ stated he is currently a Sergeant and currently is assigned as the head chef for his unit.

CRUZ stated that on April 29, 2008, at approximately 12:15 PM, he entered the United States from Mexico via the San Ysidro Port Entry Pedestrian lanes. CRUZ stated he was admitted to the United States as a Non-Immigrant alien after presenting his lawfully issued DSP-150 Laser Visa (Border Crosser card). CRUZ stated he entered the United States with the intention of purchasing ammunition and some ice cream. CRUZ stated once he entered the United States he immediately proceeded to the location where he purchased two boxes of shotgun ammunition, totaling ten rounds. CRUZ stated he paid five to six dollars per box of ammunition. CRUZ stated he purchased the ammunition from a store named "Progreso". CRUZ described the store as being located near San Ysidro Boulevard. CRUZ stated that after purchasing the ammunition he intended to return to Mexico with the ammunition. CRUZ stated that he hid the ammunition in his socks because he observed the inspection and did not want to be caught.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

4 19

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   5 |
|---|---|
| | CASE NUMBER: ~~████████~~ |
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | REPORT NUMBER: 001 |

CRUZ stated he intended to sell the ammunition to associates in Mexico for a profit, to help his family financially. CRUZ stated he was to re-sell each box of shotgun ammunition purchased on April 30, 2008, for ten dollars per box. CRUZ added that he only sells the ammunition to military personnel that work with him. In addition, CRUZ stated he is a member of a Mexican hunting club and therefore claims he also buys ammunition for personal use.

CRUZ was further questioned about his history of ammunition smuggling. CRUZ admitted to having smuggled ammunition from the United States into Mexico on at least 50 previous occasions. Furthermore, CRUZ was questioned about the three receipts found in his baggage. CRUZ identified one receipt as being proof of his purchase of ammunition on April 29, 2008. CRUZ added that the other two receipts were proof of previous ammunition purchases he made, which resulted in the ammunition being smuggled from the United States into Mexico.

Agents questioned CRUZ about other documents found in CRUZ's baggage, which appeared to be a price lists for various types of ammunition. CRUZ stated that the documents were in fact price lists for the various types of ammunition he acquired. CRUZ admitted he used this document as a price reference. CRUZ further explained that the price list was the cost of the ammunition with his (CRUZ's) profit included.

CRUZ admitted that he knew it was illegal for a non-immigrant alien to possess a firearm and/or ammunition in the United States. CRUZ also stated that he knew it was illegal to export ammunition from the United States. Moreover, the CRUZ admitted that he did not possess a license to export ammunition as required by law. Additionally, CRUZ admitted he was not on official government business when attempting to export the ammunition from the United States. CRUZ was then asked if he was permitted by Mexican law to possess ammunition while in Mexico, to which he replied "no."

Lastly, CRUZ was asked if he wanted Agents to notify the Mexican consulate regarding his arrest. CRUZ responded "yes". (Agent note: Agents Gonzalez notified the Mexican consulate of CRUZ arrest via fax on April 30, 2008). The interview was concluded at 4:09 PM.

DEFENDENT BIOGRAPHICAL DATA:

NAME: Daniel CRUZ-Escobar
DOB:  6/10/1963
ARN:  088383926
FBI:  571609WC9
SID:  None

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

S20

O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    6<br><br>CASE NUMBER ▓▓▓▓▓▓▓<br><br>REPORT NUMBER: 001 |

FINS: ▓▓▓▓▓▓▓

EVIDENCE:

The following items were seized as evidence:

- Ten rounds of Winchester 12 gauge shotgun ammunition.
- Ledgers with price list for various types of ammunition.
- Three receipts demonstrating the purchase of ammunition.
- Various other documents indicating involvement with firearms businesses and purchases;

DISPOSITION:

Daniel CRUZ-Escobar was placed under arrest for violation of Title 18 United States Code  922(g)(5) Alien Unlawfully in Possession of Ammunition.  CRUZ was transferred into the custody of the United States Marshals Service pending criminal prosecution.  CRUZ's status as a Border Crosser will be revoked and Cruz will be placed into removal proceedings following completion of his criminal arrest.

All seized items will be held as evidence by ICE DSAC San Ysidro.

WITNESS LIST:

Immigration and Custom Enforcement (ICE)
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- SA Jose Gonzalez
- SA Jeffrey Pryor

United States Border Patrol-Smuggling Interdiction Group
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- SBPA D. Dailey
- BPA B. Desrosiers
- BPA E. Blass

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

21

# EXHIBIT F

## BORDER PATROL

### REPORT OF APPREHENSION OR SEIZURE

| Office or Agency | | File Case No. |
|---|---|---|
| CHIEF PATROL AGENT<br>U. S. BORDER PATROL<br>SAN DIEGO SECTOR<br>2411 BOSWELL ROAD<br>CHULA VISTA, CA, 91914 | | Sector |
| | | Date 04/29/2008 |

Patrol Agents DAVID DAILEY _____ of the SAN DIEGO _____ station

☐ assisted the _____

_____
(Agency)                        (City and State)

in the apprehension and seizure of the following:

[X] apprehended/interviewed:

| Name (Surname in CAPS)    First      Middle | Date and Place of Birth |
|---|---|
| CRUZ-Escobar, Daniel | 06/10/1963<br>MEXICO |
| Address of person apprehended/interviewed | Nationality<br>MEXICO |

[X] and seized/recovered     VESSEL, VEHICLE OR AIRCRAFT

| Description (Year, Make Model, Color) | Motor or Serial No. | Registry or License No. | Value (Est.) |
|---|---|---|---|
| | | | |

CONTRABAND, MERCHANDISE OR OTHER

| Quantity | Description | Value (Est.) |
|---|---|---|
| 10.000 ROUND | SHOTGUN CALIBER 12 GAUGE - 10 rounds of Winchester Buckshot | $20.00 |

| Place of Apprehension or Seizure | Date and Hour | Offense |
|---|---|---|
| West Pedestrian Exit to Mexico | 04/29/2008 1330 | Title 8 Usc 922(G)(5) Alien In Possession Of Ammunition |

NARRATIVE: (Include Circumstances of apprehension and seizure and facts to which apprehending officers can testify.)

... (CONTINUED ON I-831)         DAVID DAILEY

Signature of Reporting Officer

| Details regarding "HOLD" placed | Received above persons and items: |
|---|---|
| | GONZALEZ, JOSE<br>SPECIAL AGENT |
| | Signature and Title |
| | IMMIGRATION & CUSTOMS ENFORCEMENT |
| | Office or Agency |
| | 04/29/2008 |
| | Date |

Form I-44 (Rev. 08/01/07)        UNITED STATES DEPARTMENT OF HOMELAND SECURITY

723

U.S. Department of Homeland Security                    Continuation Page for Form  144

| Alien's Name | File Number | Date |
|---|---|---|
| CRUZ-Escobar, Daniel | Event No _____ | 04/29/2008 |

Narrative Title: Report of Apprehension or Seizure
------------------------------------------------------------

On April 29, 2008, Border Patrol Agents from the San Diego Sector Smuggling Interdiction
Group were participating in a joint southbound operation with Customs and Border Protection
Inspectors assigned to the San Ysidro, California Port of Entry. The purpose of the
operation was to intercept firearms, money or other contraband being transported out of the
country. Agents were set up near the pedestrian turnstiles to Mexico located on the west
side of the Port of Entry. Most Agents were dressed in police vests with exposed badges.
Border Patrol Agents B. Desrosiers and E. Blas were dressed in plainclothes and positioned
north the pedestrian walkway observing approaching individuals and their reactions to the
presence of uniformed Agents conducting southbound operations.

At approximately 1:10 p.m., Agent Desrosiers observed a Hispanic male subject carrying two
white bags and a child's backpack. This subject, later identified as Daniel CRUZ-Escobar,
was walking northbound from the west side of the Port of Entry turnaround located on
Camiones Way. Agent Desrosiers observed him make several head turns back towards the area
of where uniformed Agents were working. CRUZ walked for approximately forty yards and sat
on a bench.

Agent Desrosiers continued to observe CRUZ and for the next ten minutes he looked over his
shoulder towards the pedestrian access to Mexico numerous times. CRUZ's demeanor seemed
nervous and Agent Desrosiers observed him converse with an unknown male who had been also
frequenting the area (not crossing and moving about). After about ten minutes, CRUZ stood
up and walked hesitantly towards the pedestrian crosswalk (east to west) that led to a
sidewalk providing access to the pedestrian lane. After crossing the street, CRUZ walked
approximately twenty yards south and made an abrupt turn back towards the direction he came.
CRUZ did not return to the pedestrian crossing lane and instead walked towards Agent D
Desrosiers through an area with a no pedestrian sign.

After passing Agent Desrosiers, CRUZ made several head turns and appeared to be surveying
his surroundings. Agent Desrosiers then watch CRUZ return to the bench he was previously
seated on. Within minutes, CRUZ stood up and walked southbound approximately forty yards
where he looked towards the pedestrian lanes and hesitated again. Agent Desrosiers observed
CRUZ speak with another unidentified male that was also frequenting the area (not crossing
and moving about). After speaking with second unidentified man, CRUZ walked back to his
seat and sat down again. Agent Desrosiers observed that CRUZ seemed more apprehensive and
very uncomfortable. Based on his observations and Agent Desrosiers' belief that CRUZ'
interactions with the two unidentified males could involve some type of smuggling activity,
Agent Desrosiers notified Supervisory Border Patrol Agent David Dailey of his observations.

SBPA Dailey and BPA Blas approached CRUZ and identified themselves in the English and
Spanish language. The agents questioned CRUZ as to his citizenship. CRUZ stated that he
was a citizen and national of Mexico. Agent Blas asked CRUZ to show them his immigration
documents. CRUZ presented a valid B1/B2 Border Crossing Card in his name. Agent Dailey
asked where CRUZ was going, he stated Mexico. Agent Blas asked why he was waiting to enter
Mexico, CRUZ gave an evasive answer, and then stated that he stated he was waiting for a
friend. Agent Dailey asked what was in his bags, he shrugged. Agent Dailey asked to look,
CRUZ agreed. The two white plastic grocery bags contained two boxes of ice cream bars each.
The children's backpack contained nothing. Agent Dailey noticed that CRUZ was becoming v
visibly nervous and agitated, he told CRUZ to stand up and put his hands against the wall
for a Terry Frisk, for officer safety. CRUZ immediately became stiff and rigid; at that
point,...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| DAVID DAILEY | SUPERVISORY BORDER PATROL AGENT |

Form I-831 Continuation Page (Rev. 08/01/07)

8
24

U.S. Department of Homeland Security                    Continuation Page for Form __I44__

| Alien's Name | File Number | Date |
|---|---|---|
| CRUZ-Escobar, Daniel | Event No: ▓▓▓▓▓▓▓▓▓ | 04/29/2008 |

Agent Dailey placed CRUZ in handcuffs for safety.  A search of CRUZ revealed two boxes of Winchester 12 gauge buckshot, 5 per box, one box per sock.  Due to the fact that CRUZ had already stated that he was going to Mexico, and he was in possession of ammunition, he was placed under arrest.

He was turned over to Immigration and Customs Enforcement Special Agents Jeffrey Pryor and Jose Gonzalez for processing.

| Signature | Title |
|---|---|
| DAVID DAILEY | SUPERVISORY BORDER PATROL AGENT |

<u>3</u> of <u>3</u> Pages

Form I-831 Continuation Page (Rev. 08/01/07)

9

# EXHIBIT G

1 | TODD W. BURNS
California State Bar No. 194937
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone No. (619) 234-8467

4

5 | Attorneys for Mr. Cruz

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | (HONORABLE JANIS L. SAMMARTINO)

11 | UNITED STATES OF AMERICA,                    )
12 |               Plaintiff,                     )
                                                 )      **DECLARATION OF DANIEL**
13 |        v.                                    )      **CRUZ-ESCOBAR**
                                                 )
14 | DANIEL CRUZ-ESCOBAR,                         )
                                                 )
15 |               Defendant.                     )
                                                 )
16 | _____

17 |        I, Daniel Cruz-Escobar, declare, under penalty of perjury:

18 |        1. I am the defendant in the above-captioned case.

19 |        2. When I was first confronted by two Border Patrol agents on April 29, 2008, near the San Ysidro

20 | border crossing, I was cooperative, and I remained cooperative throughout the whole time I interacted with

21 | them. I don't believe I acted unusually nervously, or in a manner different from how a normal person would

22 | act if confronted and questioned by two law enforcement officers. I did nothing the agents could construe as

23 | threatening, nor was there anything about my appearance, how I was sitting, the surroundings, or the like, that

24 | agents could construe as threatening.

25 |        3. On April 29, 2008, when I was told I had a right to remain silent, a right to have an attorney, and

26 | the related rights, I was confused about those rights. I have not had any prior experience with the criminal

27 | justice system (in the United States or in Mexico), nor had I ever heard, or heard of, those rights before. I did

28 | not understand that I could refuse to answer the agents' questions. Also, I did not understand that I could

**27**

1  speak to a lawyer, and have the lawyer assist me, before, and when, I spoke with the agents who questioned

2  me.  In addition, I was very confused about the idea of being given an "appointed" lawyer; I thought that the

3  agents were saying I could talk to their lawyer, and I could not understand why that would be helpful.

4        I declare under penalty of perjury that the foregoing is true and correct.  This document was executed

5  on June 6, 2008, in San Diego, California.

6                                      DANIEL CRUZ-ESCOBAR

# EXHIBIT H

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:08-cr-01604-JLS-1

Case title: USA v. Cruz-Escobar                    Date Filed: 05/15/2008
Magistrate judge case number: 3:08-mj-01348-NLS

Assigned to: Judge Janis L. Sammartino

**Defendant (1)**

**Daniel Cruz-Escobar**                    represented by **Todd W Burns**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5030
(619)234-8467
Fax: (619)687-2666
Email: todd_burns@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Pending Counts**                    **Disposition**

18:922(g)(5)(B) and 924(a)(2) - Alien in
Possession of Ammunition
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                    **Disposition**

18:922(g)(5) - Alien Unlawfully in
Possession of Ammunition

**Plaintiff**
**USA**

represented by **U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*TERMINATED: 06/02/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Randy K Jones**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-7381
Email: Randy.Jones2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2008 | | Arrest of Daniel Cruz-Escobar on 4/29/2008. (cap) [3:08-mj-01348-NLS] (Entered: 05/01/2008) |
| 04/30/2008 | 1 | COMPLAINT as to Daniel Cruz-Escobar (1). (jjh) (av1). [3:08-mj-01348-NLS] (Entered: 04/30/2008) |
| 04/30/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Status Conference re Initial Appearance as to Daniel Cruz-Escobar (N/B) held on 4/30/2008. ( Initial Appearance continued to 5/1/2008 01:30 PM in Courtroom F before Magistrate Judge Nita L. Stormes.) (Tape #NLS08:15:08-15:15).(Plaintiff Attorney Charlotte Kaiser, AUSA). (Defendant Attorney Carey Gordon, FD-SA) (cap) (mam). [3:08-mj-01348-NLS] (Entered: 05/01/2008) |
| 05/01/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Initial Appearance on complaint as to Daniel Cruz-Escobar (1) held on 5/1/2008. Federal Defenders appointed for Daniel Cruz-Escobar (1). Bond set as to Daniel Cruz-Escobar (1) $30,000 C/CS. Financial Affidavit submitted. ( Preliminary Hearing set for 5/15/2008 09:30 AM in Courtroom F before Magistrate Judge Nita L. Stormes.) (Tape #NLS08 - 14:09-14:39). (Plaintiff Attorney Charlotte Kaiser; AUSA).(Defendant Attorney Candis Mitchell, FD-S/A). (jjh) [3:08-mj-01348-NLS] (Entered: 05/02/2008) |
| 05/01/2008 | 4 | ORDER Setting Conditions of Release. Bond set for Daniel Cruz-Escobar (1) $30,000 C/CS. |

| | | |
|---|---|---|
| | | Signed by Magistrate Judge Nita L. Stormes on 5/1/2008. (cap) [3:08-mj-01348-NLS] (Entered: 05/02/2008) |
| 05/01/2008 | 5 | CJA 23 Financial Affidavit by Daniel Cruz-Escobar. (cap) [3:08-mj-01348-NLS] (Entered: 05/02/2008) |
| 05/02/2008 | 8 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes:Status Conference re Motion to P    reserve Evidence as to Daniel Cruz-Escobar held on 5/2/2008. Defense Counsel's oral motion to preserve evidence. Court advises defense counsel that a written motion is required to be submitted with specifics as to what evidence in regards to the videotapes from the Dft's detainment at the U.S. Port of Entry - Date, time, place and exactly what is asked for. (Tape #NLS08-15:22-15:25).(Plaintiff Attorney Charlotte Kaiser, AUSA). (Defendant Attorney Shaffy Moeel, FD - S/A). (jcj) [3:08-mj-01348-NLS] (Entered: 05/05/2008) |
| 05/05/2008 | 6 | NOTICE OF ATTORNEY APPEARANCE: Todd W Burns appearing for Daniel Cruz-Escobar (Burns, Todd)(mam). [3:08-mj-01348-NLS] (Entered: 05/05/2008) |
| 05/05/2008 | 7 | MOTION to Preserve Evidence by Daniel Cruz-Escobar. (Burns, Todd) (mam). [3:08-mj-01348-NLS] (Entered: 05/05/2008) |
| 05/07/2008 | 9 | ORDER granting 7 Motion to Preserve Evidence as to Daniel Cruz-Escobar (1). It is ordered that the Government preserve any audio or video recordings relating to the Defendant's arrest on April 29, 2008. Signed by Magistrate Judge Nita L. Stormes on 5/07/08. (jjh) [3:08-mj-01348-NLS] (Entered: 05/09/2008) |
| 05/15/2008 | 10 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes:Preliminary Hearing as to Daniel Cruz-Escobar held on 5/15/2008and cont to 5/20/2008 09:30 AM in Courtroom F before Magistrate Judge Nita L. Stormes. (Tape #NLS08-01-10:40-10:49). (Plaintiff Attorney AUSA Charlotte Kaiser). (Defendant Attorney Todd W. Burns FD). (mjm) [3:08-mj-01348-NLS] (Entered: 05/15/2008) |
| 05/15/2008 | 11 | INDICTMENT as to Daniel Cruz-Escobar (1) count(s) 1. (rmm) (jcj). (Entered: 05/16/2008) |
| 05/20/2008 | 12 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes:Initial Appearance on the Indictment as to Daniel Cruz-Escobar held on 5/20/2008. Arraignment as to Daniel Cruz-Escobar (1) to Count 1 of the Indictment held on 5/20/2008. Not Guilty plea entered. Motion Hearing/Trial Setting set for 6/13/2008 01:30 PM in Courtroom 06 before Judge Janis L. Sammartino. (Tape #NLS08-9:33 to 9:35)(Plaintiff Attorney Charlotte Kaiser, AUSA)(Defendant Attorney Todd W. Burns, FD.) (gep) (Entered: 05/20/2008) |
| 05/28/2008 | 13 | Minute Entry : On Court's own motion, Motion Hearing/Trial Setting reset from 6/13/08 to **6/20/2008 01:30 PM** before Judge Janis L. Sammartino (acr) (Entered: 05/28/2008) |
| 05/28/2008 | 14 | TRANSCRIPT (Preliminary Hearing) of Proceedings as to Daniel Cruz-Escobar held on 5/15/2008, before Judge Nita L. Stormes. Court Reporter/Transcriber: Echo Reporting. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 6/16/2008. Redacted Transcript Deadline set for 6/25/2008. Release of Transcript Restriction set for 8/25/2008. (leh) (Entered: 05/28/2008) |

| 06/02/2008 | 15 | NOTICE OF ATTORNEY APPEARANCE Randy K Jones appearing for USA. (Jones, Randy) (mkz). (Entered: 06/02/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/06/2008 12:39:48 | | |
| **PACER Login:** | us2256 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:08-cr-01604-JLS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# EXHIBIT I



**FEDERAL**

**DEFENDERS**

**OF**

**SAN DIEGO,**

**INC.**

May 2, 2008

**VIA FACSIMILE AND U.S. MAIL**

Charlotte Kaiser
Assistant United States Attorney
Federal Office Building
880 Front Street
San Diego, California 92101

The Federal Community
Defender Organization
for the Southern
District of California

Re:    <u>United States v. Daniel Cruz-Escobar</u>
       <u>Case No. 08MJ1348</u>

Dear Ms. Kaiser:

I am writing regarding the above-named case.  I am writing to you because I understand you appeared for the government at Mr. Cruz's initial court appearance.

Mr. Cruz was arrested at the San Ysidro Port of Entry on April 29, 2008, around the area where pedestrians enter Mexico.  I believe there are surveillance cameras in that area, and I anticipate the events surrounding Mr. Cruz's arrest will be the subject of a suppression motion. Accordingly, I request you preserve all relevant evidence, including any video recording of the events surrounding Mr. Cruz's seizure.  I request you act immediately in this regard, as I know that such recordings are often destroyed.

Please call me if you have any questions.

Sincerely,

TODD W. BURNS
Attorney for Mr. Cruz-Escobar

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5030
**(619) 234-8467**
**FAX (619) 687-2666**

35

```
            ***********************
            ***   TX REPORT   ***
            ***********************


  TRANSMISSION OK

  TX/RX NO               4427
  DESTINATION TEL #      2354716
  DESTINATION ID
  ST. TIME               05/02 14:44
  TIME USE               00'20
  PAGES SENT             2
  RESULT                 OK
```

# FEDERAL DEFENDERS OF SAN DIEGO INC.

The Federal Community
Defender Organization
for the Southern
District of California

## FAX TRANSMITTAL

TO: _Charlotte Kaiser_     Date: _5 12 /2008_ _May 2_

Fax #: _235-4716_   Tel #: _____

RE: _US v Daniel Arroz Escobar_

FROM: _Todd W. Burns_

# of Pages (including cover sheet): _2_

Please call: _(619) 234-8467_   Ext. #_8721_ should there be any problem in the transmission of this fax.

## COMMENTS

_Letter Dated 5/2/08_
_Hard Copy to Follow_

## CONFIDENTIALITY NOTE

The documents accompanying this telecopy transmission contain information from FEDERAL DEFENDERS OF SAN DIEGO, INC. which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the

36

# FEDERAL
# DEFENDERS
# OF
# SAN DIEGO,
# INC.

May 15, 2008

**VIA FACSIMILE AND U.S. MAIL**

Randy Jones
Assistant United States Attorney
Federal Office Building
880 Front Street
San Diego, California 92101

Re:   <u>United States v. Daniel Cruz-Escobar</u>
        Case No. 08MJ1348

The Federal Community
Defender Organization
for the Southern
District of California

Dear Mr. Jones:

    I write to request all discoverable material in the above-named case. This includes any materials or information relating to Mr. Cruz's arrest, including video and audio tapes of the seizure and arrest. As for the latter, a request to preserve such evidence was made in a letter to Charlotte Kaiser dated May 2, 2008, and in court that same day. Magistrate Judge Stormes subsequently entered an order requiring such preservation. Thus, I assume the government took prudent steps to preserve such evidence.

                                        Sincerely,

                                        TODD W. BURNS
                                        Attorney for Mr. Cruz-Escobar

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5030
(619) 234-8467
FAX (619) 687-2666

**37**

# FEDERAL
# DEFENDERS
# OF
# SAN DIEGO,
# INC.

The Federal Community
Defender Organization
for the Southern
District of California

May 23, 2008

**VIA FACSIMILE AND U.S. MAIL**

Randy Jones
Assistant United States Attorney
Federal Office Building
880 Front Street
San Diego, California 92101

      Re:    <u>United States v. Daniel Cruz-Escobar</u>
             **Case No. 08MJ1348**

Dear Mr. Jones:

      I write again to request production of all discoverable material in the above-named case, particularly video and audio tapes of the seizure and arrest. In addition, I request a map indicating where the arrest occurred, as I plan to visit the cite at the port of entry, and the reports so far provided don't make clear to me the exact arrest location. A copy of one of the overhead photos the government uses in nearly every border-related trial, with an x indicating the arrest site, will suffice (of course, not if the important information is washed-out in a black-and-white photocopy).

      Please respond to my request no later than May 26, given that the defense motions are due May 30.

                      Sincerely,

                      TODD W. BURNS
                      Attorney for Mr. Cruz-Escobar

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5030
**(619) 234-8467**
**FAX (619) 687-2666**

**38**

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              4527
DESTINATION TEL #     2354716
DESTINATION ID
ST. TIME             05/23 15:02
TIME USE             00'20
PAGES SENT               2
RESULT               OK
```

# FEDERAL DEFENDERS OF SAN DIEGO, INC.

The Federal Community
Defender Organization
for the Southern
District of California

## FAX TRANSMITTAL

DATE:    May 23, 2008

TO:    RANDY JONES, AUSA

Fax#:    (619) 235.4716

FROM:    TODD W. BURNS
*Federal Defenders of San Diego, Inc.*

RE:    *U.S. v. DANIEL CRUZ-ESCOBAR, 08MJ1348*

# OF
PAGES:    2    *with Cover Sheet*

IF PAGES DO NOT TRANSMIT PROPERLY, OR IF YOU HAVE ANY QUESTIONS PLEASE CONTACT Todd W. Burns  AT (619) 234-8467 ext. 3721.

*******************************

| Letter Dated May 23, 2008 |
| --- |

HARD COPY TO FOLLOW

**FEDERAL**

**DEFENDERS**

**OF**

**SAN DIEGO,**

**INC.**

June 4, 2008

**VIA FACSIMILE AND U.S. MAIL**

Randy Jones
Assistant United States Attorney
Federal Office Building
880 Front Street
San Diego, California 92101

The Federal Community
Defender Organization
for the Southern
District of California

      **Re:**   **United States v. Daniel Cruz-Escobar**
              **Case No. 08MJ1348**

Dear Mr. Jones:

    I continue to wait await a reply from you regarding my several discovery requests with respect to the above-named case.

                    Sincerely,

                    TODD W. BURNS
                    Attorney for Mr. Cruz-Escobar

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5030
(619) 234-8467
FAX (619) 687-2666

**40**

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    4571
DESTINATION TEL #           2354716
DESTINATION ID
ST. TIME                    06/04 14:04
TIME USE                    00'17
PAGES SENT                  2
RESULT                      OK
```

# FEDERAL
# DEFENDERS
# OF
# SAN DIEGO,
# INC.

The Federal Community
Defender Organization
for the Southern
District of California

## FAX TRANSMITTAL

**DATE:**  June 4, 2008

**TO:**  RANDY JONES, AUSA

**Fax#:**  (619) 235.4716

**FROM:**  TODD W. BURNS
*Federal Defenders of San Diego, Inc.*

**RE:**  *U.S. v. DANIEL CRUZ-ESCOBAR, 08MJ1348*

**# OF PAGES:**  2  *with Cover Sheet*

IF PAGES DO NOT TRANSMIT PROPERLY, OR IF YOU HAVE ANY QUESTIONS PLEASE CONTACT Todd W. Burns  AT (619) 234-8467 ext. 3721.

*******************************

| Letter Dated June 4, 2008 |
|---|

HARD COPY TO FOLLOW

41