KAREN P. HEWITT
United States Attorney
RANDY K. JONES
Assistant U.S. Attorney
California State Bar No. 141711
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5684/(619) 235-2757 (Fax)

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal Case No. 08CR1604-JLS |
| Plaintiff,        ) | |
| v.                                                   ) | **MOTION TO SHORTEN TIME** |
| DANIEL CRUZ-ESCOBAR,               ) | |
| Defendant.      ) | |

The Government requests an order shortening time to June 19, 2008 to file the attached Government's Response and Opposition to Defendant's Motions.

The grounds for this application are as follows:

1. Government counsel has been in back to back trials the past two weeks and the most recent trial just ended today.

DATED: June 19, 2008                                         Respectfully submitted,

                                                                              KAREN P. HEWITT
                                                                              United States Attorney

                                                                              s/RANDY K. JONES
                                                                              _____
                                                                              RANDY K. JONES
                                                                              Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DANIEL CRUZ-ESCOBAR,<br><br>　　　　　　Defendant. | Case No. 08CR1604-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION TO SHORTEN TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　**1.**　　**Todd Burns, todd_burns@fd.org**

　　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　　**1.**　　**None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on June 19, 2008

　　　　　　　　　　　　　　　　　　　　　　　　s/ RANDY K. JONES
　　　　　　　　　　　　　　　　　　　　　　　　RANDY K. JONES