1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1604-JLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHORTEN TIME** |
| DANIEL CRUZ-ESCOBAR, | ) | |
| Defendant. | ) | |

Upon application of the Government and good cause appearing thereof,

IT HEREBY IS ORDERED that the Government's Response and Opposition to Defendant's Motion to (1) Dismiss the Indictment for Failure to Comply with Rule 5.1(c); (2) Suppress Evidence; (3) Dismiss the Indictment for Failure to Allege Element of the Offense; (4) Suppress Statements (5) Dismiss the Indictment Due to Unconstitutional Statute; and (6) Compel Discovery, may be filed on June 19, 2008.

DATED: June 19, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge