# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER _2008 CR 1604 -JLS_ |
| vs | ) | ABSTRACT OF ORDER |
| DANIEL CRUZ - ESCOBAR | ) | Booking No. _083462298_ |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____ _8/14/08_ _____

the Court entered the following order:

__✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____✓_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓_____ Defendant sentenced to TIME SERVED, supervised release for___ _3_ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

_____
UNITED STATES MAGISTRATE JUDGE

OR

Received_____     W. SAMUEL HAMRICK, JR.   Clerk
                    DUSM              by

                                        Deputy Clerk

Crim-9    (Rev 6-95)                                         ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**